UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13069 |
| | | CHAPTER 13 |
| BRIAN E. BROMAGEN | | |
| JENNIFER L. BROMAGEN | : | JUDGE J. VINCENT AUG |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916219 | $1,399.49 |

Creditor(s)
Health Alliance
Attn: Payroll
3200 Burnett Avenue
Cincinnati, Ohio 45229

                        Respectfully submitted,

                        /s/    Margaret A. Burks, Esq.
                        Margaret A. Burks, Esq.
                        Chapter 13 Trustee
                        Attorney No. OH 0030377

                        Francis J. DiCesare, Esq.
                        Staff Attorney
                        Attorney No. OH 0038798

                        Karolina F. Perr, Esq.
                        Staff Attorney
                        Attorney No. OH 0066193

                        600 Vine Street, Suite 2200
                        Cincinnati, OH 45202
                        (513) 621-4488
                        (513) 621 2643 (Facsimile)
                        mburks@cinn13.org - Correspondence only
                        fdicesare@cinn13.org
                        kperr@cinn13.org
                        cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 18, 2009.

              /s/    Margaret A. Burks, Esq.
                      Margaret A. Burks, Esq.

Health Alliance
Attn: Payroll
3200 Burnett Avenue
Cincinnati, Ohio 45229

Debtor(s) Counsel
MARK E. GODBEY, ESQ.
708 WALNUT STREET
SUITE 600
CINCINNATI, OH 45202-1301

Debtor(s)
BRIAN E. BROMAGEN
JENNIFER L. BROMAGEN
641 CENTRE STREET
LOVELAND, OH 45140

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
(service waived)